IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 15 2023**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Marcella Antinette Moore, Plaintiff

v.

Arapahoe County Homicide, 

_____,

_____,

_____, Defendant(s).

Jury Trial requested:
(please check one)
X Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Marcella A. Moore 1786984 ACDF P.O. Box 4918 Centennial, CO 80155
(Name, prisoner identification number, and complete mailing address)

Marcella Monaco
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Unknown, Arapahoe County homicide, Investigator
(Name, job title, and complete mailing address)
13101 E Broncos Pky Centennial Centennial CO 80112

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [X] Yes ___ No (*check one*). Briefly explain:

A homicide investigator illegally took possession of my cell phone violating my 4th admendment rights also searched it

Defendant 1 is being sued in his/her ___ individual and/or [X] official capacity.

2

Defendant 2: _____
              (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No *(check one)*.  Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
              (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No *(check one)*.  Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

C.  **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

[X]  State/Local Official (42 U.S.C. § 1983)

___  Federal Official
     As to the federal official, are you seeking:
     ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
     ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___  Other: *(please identify)* _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of 4th Amendment Right

Claim one is asserted against these Defendant(s):

Supporting facts:

On 11/19/22 I was arrested for Violating a Modified restraining order for entering my wife Katherine Grace Moore's residence and trying to ressasiate her. I was then taken to Arapahoe County homicide for questioning about her overdose that led to death. Trying to prove my whereabouts for my wifes death. I agreed to show the very unprofessional investagator Seberg messages from me an my wife. She then saw the messages she claimed to need to see so I told her to stop scrolling. Making it very clear that she did not have permission to take possession of my phone She then walked away with my phone unlocked from the squad car. Therefore Violating my 4th Admendment right.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): *Arapahoe County Homicide*

Docket number and court: *23-cv-02146-LTB*

Claims raised: *4th admendment rights violation*

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) *Dismissed*

Reasons for dismissal, if dismissed: *filing defieencies*

Result on appeal, if appealed: *N/A*

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (*check one*)   *N/A*

Did you exhaust administrative remedies?

___ Yes _X_ No (*check one*)

*happened out of custody*

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I am requesting financial relief for the admenment right that was violated. due to this violation I lost my Job, car, apartment and had to have my wife creamated vs. burying her like she willed.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

11/9/23
(Date)

(Revised November 2022)